# Declaration of

# Joanna Matthews-Taylor

# DECLARATION OF JOANNA MATTHEWS-TAYLOR

I, Joanna Matthews-Taylor, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a partner in Habib Al Mulla & Partners – a member firm of Baker & McKenzie International – located in Dubai in the United Arab Emirates. I am head of the Employment Practice in that office.

2. On June 14, 2021, Haroon Ahmed, a representative of Kroll, was put in touch with Aqsa Khan Sadiq, a senior associate in the Dubai office's employment department, to discuss providing insolvency advice for Hakan Agro, a DMCC registered entity.[1]

3. A conflicts check was run, and no issues with the representation were found.[2]

4. In a subsequent email, Kroll summarized the proposed representation, stating that "we are being lined up for a liquidation appointment of the entity [Hakan Agro] so need specific insolvency advice for a DMCC registered entity. As part of this process we will also need ... support in regards to claims (secured, employment and trade creditors)."[3]

5. Ms. Sadiq and Mr. Ahmed thereafter scheduled an introductory call for 10 a.m. on June 15, 2021.[4] The purpose of this call was to introduce the team who would work on the project and discuss our capabilities and experience; and to discuss the scope of the liquidation project to help my team determine whether we could handle the project and, if so, what the fee estimate would look like.

---

[1] Attached hereto as **Exhibit 1** is a true and correct copy of the Email correspondence involving Baker McKenzie, Kroll, and Dentons dated June 14-22, 2021, *See* **Exhibit 1**, email from Shiraz Sethi dated June 14, 2021.

[2] Attached hereto as **Exhibit 2** is a true and correct copy of the Conflicts Check Report dated June 13, 2021; Attached hereto as **Exhibit 3** is a true and correct copy of Email correspondence between Roxanne DeVilliers, Joanna Matthews-Taylor, and Peter Lu dated June 13-14, 2021.

[3] *See* **Exhibit 1**, email from Haroon Ahmed dated June 14, 2021.

[4] *See* **Exhibit 1**, email from me dated June 14, 2021.

1

6. *As scheduled, me and my colleagues Ms. Sadiq, Hani Naja (Partner, Corporate), and Mazen Boustany (Partner, Banking and Finance) spoke with Mr. Ahmed and Michael Bryne from Kroll at 10 a.m. on June 15, 2021 via Zoom call.[5] This introductory call lasted approximately half an hour.[6] This is reflected in my time entry from that morning, although Kroll was not billed for this call.*

7. On the call, we introduced ourselves and discussed our capabilities. We were not provided with any documents or confidential information by Kroll. Instead, we were provided with a high-level scope of the project. The topics covered and scope of the conversation were captured by Ms. Sadiq in notes she took during the call.[7]

8. Michael Byrne of Kroll followed up on this introductory zoom call with an email that recapitulated our discussion of the "high-level scope of work in regards to the potential liquidation," and requested a fee quote for the following:

   > *-Review of security documents to ascertain validity of pledges, liabilities etc.;*
   > *-Assistance with statutory matters and filings;*
   > *-Assistance with recoveries action where applicable;*
   > *-Ad-hoc insolvency matters; and,*
   > *-Advice with regards to claims (including specific employee claims).[8]*

9. Thereafter, I wrote to my team stating, "[it] will be difficult to give any realistic fee estimates based on the information provided below and during the call."[9] In an email on that same day, Mazen Boustany suggested we simply

---

[5] *See* **Exhibit 1**.

[6] Attached hereto as **Exhibit 4** is a true and correct copy of the Time entry from Joanna Matthews-Taylor dated June 15, 2021.

[7] Attached hereto as **Exhibit 5** is a true and correct copy of the Notes taken by Aqsa Sadiq from call with Kroll dated June 15, 2021.

[8] *See* **Exhibit 1**, email from Michael Byrne dated June 15, 2021.

[9] Attached hereto as **Exhibit 6** is a true and correct copy of the Internal email correspondence from Baker McKenzie team discussing fee estimate dated June 15, 2021, *see* **Exhibit 6**, email from me dated June 15, 2015.

provide our hourly rates at a small discount since we could not determine a fee estimate based on the information provided to us.[10]

10. On June 16, 2021, Ms. Sadiq emailed Kroll, providing them with our hourly rates and offering an 8% discount for our services.[11] Ms. Sadiq explained to Kroll that "on the basis of the information currently available we are not able to provide a realistic estimate."[12]

11. Kroll responded saying they would "liaise with the client" and keep us updated on their progress.[13] On June 22, 2021, Kroll emailed our team asking to schedule a call that day.[14]

12. The second call with Mr Ahmed at Kroll (with myself, Mr. Boustany and Ms. Sadiq attending on the Baker McKenzie side) occurred at 3 p.m. on June 22, 2021.[15] Mr Ahmed began the call by noting that our litigation team was concurrently acting for VUZ Bank, a creditor to Hakan Agro, which would need to approve the liquidation. Unwilling to engage further where a conflict could potentially arise, the call was ended almost immediately.

13. We thereafter ran another conflicts check, which again came back without identifying any issues with the representation.[16]

14. To the best of my knowledge and belief, none of the Baker McKenzie attorneys who participated on the call with Kroll had any further contact or interactions with Kroll in relation to the proposed engagement for legal services related to the liquidation of Hakan Agro; nor did they have any input

---

[10] *See* **Exhibit 6**, email from Mazen Boustany dated June 15, 2015.

[11] *See* **Exhibit 1**, email from Aqsa Sadiq dated June 16, 2021.

[12] *See* **Exhibit 1**, email from Aqsa Sadiq dated June 16, 2021.

[13] *See* **Exhibit 1**, email from Haroon Ahmed dated June 16, 2021.

[14] *See* **Exhibit 1**, email from Haroon Ahmed dated June 22, 2021.

[15] *See* **Exhibit 1**, email from Aqsa Sadiq dated June 22, 2021.

[16] Attached hereto as **Exhibit 7** is a true and correct copy of Email correspondence between me and Roxanne DeVilliers and Aqsa Sadiq dated June 22, 2021 requesting an additional conflicts check; Attached hereto as **Exhibit 8** is a true and correct copy of the Conflicts Check Report dated June 22, 2021.

3

into the planning for or preparation of any related criminal proceedings or the instant 28 U.S.C. § 1782 applications.

15. We heard nothing further about this matter until September 12, 2021, when we were made aware of ReedSmith's letter claiming a conflict of interest based on an alleged disclosure of confidential information to us by Kroll.[17]

16. Mazen Boustany, a participant in the June 15 call with Kroll, wrote back with his recollection that "we were always at the stage of introduction" and that "[w]e were not provided with documents" and he flatly "refute[d] that we shared these or any confidential information with others." He identified ReedSmith's claims for what they were: a spurious attempt to disrupt the ongoing enforcement proceedings.[18]

17. To the best of my knowledge and belief, the documents attached hereto represent the entirety of the correspondence, timesheets, notes, and other documentation of Baker McKenzie's interactions with Kroll relating to the proposed engagement for legal services related to the liquidation of Hakan Agro.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2022

*Joanna Matthews*

Joanna Matthews-Taylor

---

[17] Attached hereto as **Exhibit 9** is a true and correct copy of an Email correspondence dated September 7-12, 2021, *see* **Exhibit 9**, email by Maye Ismail dated September 12, 2021, attaching the ReedSmith letter and summarizing their claim.

[18] *See* **Exhibit 9**, email from Mazen Boustany dated September 12, 2021.

# Exhibit 1

**From:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Sent:** Tuesday, June 22, 2021 1:46:45 PM
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Haroon,

I have just circulated the zoom invite for our call at 3pm.

Kind regards,

**Aqsa Khan-Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55 2009003
aqsa.khan-sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Tuesday, June 22, 2021 1:23 PM
**To:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Yes 3 pm works for us – please can you circulate dial in details? Thanks

---

**From:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Sent:** 22 June 2021 13:21
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Haroon,

Thank you for your email. I am available for a call at 3pm today. Does this work for you? Please let me have any queries you have in advance of the call and I will liaise with the team accordingly.

Kind regards,

**Aqsa Khan-Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55 2009003
aqsa.khan-sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Tuesday, June 22, 2021 12:55 PM
**To:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Aqsa and Team,

Please can we have an call on this in the next few hours?

Kind regards

Haroon

---

**From:** Ahmed, Haroon
**Sent:** 21 June 2021 12:46
**To:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani

<Hani.Naja@bakermckenzie.com>
**Subject:** RE: Introduction

Hi Aqsa,

This should be fine – we are just in waiting for feedback from the courts before progressing with steps to place the company into liquidation. We are using the time in the interim for contingency planning and cash management before we reach out to the creditor body for confirmations.

As soon as we are in a position to move forward I will reach out.

Any queries ahead of then please just give me a buzz.

Kind regards
Haroon

---

**From:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Sent:** 21 June 2021 12:37
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Haroon,

I hope you are well. Further to our correspondence below, I was wondering if the client has had a chance to consider our fees in relation to the proposed scope of work?

I look forward to hearing from you.

Kind regards,

**Aqsa Khan-Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55 2009003
aqsa.khan-sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Khan-Sadiq, Aqsa
**Sent:** Wednesday, June 16, 2021 10:34 PM
**To:** 'Ahmed, Haroon' <Haroon.Ahmed@Kroll.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani

<Hani.Naja@bakermckenzie.com>
**Subject:** RE: Introduction

Dear Haroon,

Likewise, it was great catching up with you yesterday too. Thank you for your email, we look forward to hearing from you in due course.

Kind regards,

**Aqsa Khan-Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55 2009003
aqsa.khan-sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Wednesday, June 16, 2021 4:36 PM
**To:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>; Byrne, Michael <Michael.Byrne@Kroll.com>
**Cc:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Good to catch up yesterday and thanks for sending through charge out information.

We will liaise with the client and keep you updated on our progress.

Kind regards

Haroon

---

**From:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Sent:** 16 June 2021 09:25
**To:** Byrne, Michael <Michael.Byrne@Kroll.com>; Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Cc:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** [EXTERNAL] Introduction

Dear Haroon, Michael

It was great speaking with you both yesterday. We are confident that we are well placed to partner with you.

I have set out our charge out rates below on which we would be pleased to offer you an 8% discount. On the basis of the information currently available we are not able to provide a realistic estimate, however, we would be happy to provide estimates on a matter by matter basis as we progress through the project.

| Role | Hourly Rate Range (USD) | Hourly Rate Range (AED) |
|---|---|---|
| Partner* | 750 - 890 | 2,750 - 3,265 |
| Counsel | 660 - 735 | 2,420 - 2,695 |
| Associate | 425 - 660 | 1,560 – 2,420 |
| Trainee / Paralegal | 310 - 355 | 1,140 - 1,300 |
| Translator / PRO | 50 - 100 | 185 - 367 |

*Excludes regulatory, tax practice and Dr. Habib Al Mulla

We look forward to hearing from you.

Kind regards,


**Aqsa Khan-Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55 2009003
aqsa.khan-sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Matthews-Taylor, Joanna
**Sent:** Tuesday, June 15, 2021 12:30 PM
**To:** 'Byrne, Michael' <Michael.Byrne@Kroll.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Cc:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Subject:** RE: Introduction

Thanks Michael

It was a pleasure meeting you and Haroon too. We will review the scope and be in touch with our comments and fee estimate shortly.

Kind regards

Joanna

---

**From:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Sent:** Tuesday, June 15, 2021 11:24 AM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja,

Hani <Hani.Naja@bakermckenzie.com>
**Cc:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

All,

Thanks for your time this morning, it was a pleasure meeting you all. As discussed, we have set out below a high-level scope of work in regards to the potential liquidation.

- Review of security documents to ascertain validity of pledges, liabilities etc.;
- Assistance with statutory matters and filings;
- Assistance with recoveries action where applicable;
- Ad-hoc insolvency matters; and,
- Advice with regards to claims (including specific employee claims).

As discussed, we are liaising with the Bank to confirm our appointment and will keep you abreast of these discussions.  Please let me know if you have any queries in relation to the above.

We look forward to hearing from you.

Best regards

---

**Michael Byrne**
*Senior Vice President, Global Restructuring*

M   +971 526562450

Kroll, Liberty House, DIFC
Dubai

michael.byrne@kroll.com
www.kroll.com

---

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** Monday, June 14, 2021 5:32 PM
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Perfect. I will circulate the invite now.

We look forward to speaking with you.

Kind regards

Joanna

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 5:31 PM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>

**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Thanks, Joanna.

Yes 10am tomorrow works for us.

Look forward to speaking then.

Kind regards

Haroon

---

**Haroon Ahmed**

Associate Managing Director, Global Restructuring

T   +971 4449 6709
M   +971525063746

Kroll
Liberty House, DIFC
Dubai

haroon.ahmed@kroll.com
www.kroll.com

---

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** 14 June 2021 17:28
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Haroon

I am jumping in for Aqsa who is in a meeting at the moment.

Our insolvency partner is not available today at 6 pm. Please can we schedule the call for 10 am tomorrow instead? If this time is still convenient I will circulate an invite.

Kind regards

Joanna

**Joanna Matthews-Taylor**
Partner | Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0044

8

Fax: +971 4 447 9777
Cell: +971 55 200 9053
joanna.matthews-taylor@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 4:58 PM
**To:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Aqsa, is this call confirmed or shall we do it tomorrow morning

---

**From:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Sent:** 14 June 2021 12:38
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Haroon,

It was lovely speaking to you a little while ago. Thank you for the summary. We are currently liaising with our corporate team regarding their availability for a call at 6pm today and shall revert to you soon.

Kind regards,

**Aqsa Khan Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Direct: +971 4 4230094
Fax: +971 4 447 9777
aqsa.sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 12:07 PM
**To:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-

Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Thanks for your time just now, Aqsa.

As explained, we are being lined up for a liquidation appointment of the entity so need specific insolvency advice for a DMCC registered entity. As part of this process we will also need to support in regards to claims (secured, employment and trade creditors).

We can make a call today at 6pm if you and the team are available.

Kind regards
Haroon

---

**From:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Sent:** 14 June 2021 11:47
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>; Sethi, Shiraz <Shiraz.Sethi@dentons.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Shiraz,

I hope you are well. Thank you for the introduction to Haroon.

Dear Haroon,

It is lovely to e-meet you. I am pleased to confirm that our conflict checks have been cleared. Please let us know your availability for a call this afternoon.  I would like to introduce you to our Employment Partner, Ms Joanna-Matthews-Taylor who will also be joining the call with me.

Thank you. I look forward to hearing from you.

Kind regards,

**Aqsa Khan Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Direct: +971 4 4230094
Fax: +971 4 447 9777
aqsa.sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 10:35 AM
**To:** Sethi, Shiraz <Shiraz.Sethi@dentons.com>
**Cc:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>; Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Thank you, Shiraz.

Nice to e-meet Aqsa. Any queries please feel free to reach out,  my contact details are below.

Kind regards

Haroon

---

**Haroon Ahmed**
Associate Managing Director, Global Restructuring

T     +971 4449 6709
M    +971525063746

Kroll
Liberty House, DIFC
Dubai

haroon.ahmed@kroll.com
www.kroll.com

-----Original Message-----
From: Sethi, Shiraz <Shiraz.Sethi@dentons.com>
Sent: 14 June 2021 10:31
To: Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
Cc: aqsa.sadiq@bakermckenzie.com
Subject: [EXTERNAL] Introduction

Dear Haroon

As discussed, I am copying in Aqsa Sadiq from Bakers who is currently running the conflict check for Hakan Agro DMCC.

Aqsa will revert back to you shortly on the outcome as they are waiting for the UK to come online.

Thanks

Best regards

Shiraz

Sent from my iPhone

[https://urldefense.com/v3/__http://logo.dentons.com/dentons_logo.png__;!!LrwELaEne27E!poUvhdw
JIaeBLKTkbzroFabZidN-wIRLPlsQGQP-8WwTOUFvYkOKBNUafzreyU5IJQ$ ]

Shiraz Sethi
Senior Legal Consultant

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +971 4 402 0927   |   M +971 56 775 4260
Shiraz.Sethi@dentons.com<mailto:Shiraz.Sethi@dentons.com>
Website<https://urldefense.com/v3/__http://www.dentons.com__;!!LrwELaEne27E!poUvhdwJlaeBLKT kbzroFabZidN-wIRLPlsQGQP-8WwTOUFvYkOKBNUafzppQMzNig$ >

Dentons & Co.
Level 18, Boulevard Plaza 2
Burj Khalifa District
PO Box 1756, Dubai

[https://urldefense.com/v3/__http://logo.dentons.com/dentons_uae.png__;!!LrwELaEne27E!poUvhdwJ laeBLKTkbzroFabZidN-wIRLPlsQGQP-8WwTOUFvYkOKBNUafzpBNx_TUQ$ ]

Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International < Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

This email may be confidential and protected by legal privilege.  If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems.  Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures.  Please see dentons.com for Legal Notices.

Dentons places a high value on the security of our clients' money. Due to a significant increase in cybercrime and fraud you are strongly encouraged to verify the authenticity of our bank account details by speaking to your usual contact at the firm whenever you receive them by email. If you receive an email purporting to be from someone at Dentons which seeks to direct a payment to bank details which differ from those we have previously given, it is unlikely to be genuine. Please do not reply to the email nor act on any information contained in it but contact us immediately. We do not accept liability for the loss of any money sent to a bank account which is not an authentic Dentons bank account.

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.  Dentons & Co is a partnership comprising Dentons Middle East Partners LLP and Dentons Middle East Limited.  It is registered with the DFSA and authorised and regulated by the Solicitors Regulation Authority, SRA Number 310498.  Any reference to a "partner" means a person who is a partner, member, consultant or employee with equivalent standing and qualifications in one of Dentons' affiliates.

2010-EX#G

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

# Exhibit 2

# Conflict of Interest Report

This conflict report contains confidential and privileged information and must be handled in accordance with Firm policy.

## Profile

**Search ID:** 1828560

**Search Name:** Request #4657295

**Search Type:** General Query

**Status:** Search

**Created For:**

**Owner:** Matthews-Taylor, Joanna (54181) ()

**Delegate:** De Villiers, Roxanne (50672) (+971 4 423 0000 ext 175)

**Created:** 6/13/2021 12:25:10 AM

**Office:**

**Last Modified:** 6/13/2021 12:34:04 AM

**Last Modified By:** Alcuaz, Jas (66367) ()

**Last Searched:** 6/13/2021 1:29:32 AM

**Last Searched By:** Alcuaz, Jas (66367) ()

## Search Strategy

| Term | Sub Term |
|------|----------|
| Hakan Agro DMCC | Hakan Agro DMCC |
|  | Hakan* |
| Kroll Emerging Markets | Duff* Phelp* |
|  | duffandphelp* |
|  | Kroll Emerging Markets |
|  | Kroll* |



**Client Entries**

*No data available*



## Matter Entries

| | | | | |
|---|---|---|---|---|
| **Client Name** | **Hailiang Group Co., Ltd** | **Client ID** | **10132596** | |
| **Matter Name** | **Project Salvation - M&A** | **Matter ID** | **50716428-0000** | **Matter Status** Open (Open) |
| **Description** | Representing Hailiang Group in the administration of Asa Resources Group plc. Hailiang is the majority shareholder of Asa Resources Group Plc | **Area of Law** | M&A - Private | **Local Practice Group** Mergers, Acquisitions, Corporate Finance |
| **Related Party** | Duff & Phelps | **Affiliation** | Adverse Party | **Relationship** Adverse Party |
| **Originating Lawyer** | Lu, Peter (63165) | **Open Date** 26 May 2020 | **Closed Date** | **WIP Hours** 23.00 |
| **Billing Partner** | Lu, Peter (63165) | | **Office** London | **AR Balance** $0.00 |
| **Responsible Partner(s)** | RP1: Lu, Peter | | **Search Term (Hit Term)** Kroll Emerging Markets () | **Total Fees Past 5 Years** |



# Exhibit 3

| | |
|---|---|
| **From:** | Lu, Peter |
| **Sent:** | Monday, June 14, 2021 3:05 AM |
| **To:** | Matthews-Taylor, Joanna |
| **Cc:** | DeVilliers, Roxanne; Sadiq, Aqsa |
| **Subject:** | Re: Conflicts query regarding Kroll Emerging Markets |

---

Fine, thanks.

**Peter Lu**
Partner
Baker McKenzie LLP
100 New Bridge Street
London EC4V 6JA
United Kingdom
Direct: +44 20 7919 1300
Mobile:+44 7701 332 218

Sent from my iPad


On 14 Jun 2021, at 07:45, Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com> wrote:


Hi Peter

Apologies for the follow up. We are under some pressure to confirm that we are free to act. Please let me know if you see any issues with us taking this new instruction.

Kind regards

Joanna


**From:** DeVilliers, Roxanne <Roxanne.DeVilliers@bakermckenzie.com>
**Sent:** Sunday, June 13, 2021 10:59 AM
**To:** Lu, Peter <Peter.Lu@bakermckenzie.com>
**Cc:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** Conflicts query regarding Kroll Emerging Markets

Dear Peter,

We have been approached by Kroll Emerging Markets to advice it on termination of employment and final dues for the employees of the DMCC company as well as the liquidation.

Your Hailiang Group Co., Ltd matter "Project Salvation - M&A" lists Duff & Phelps as adverse. Please advise if your ongoing work poses a conflict with this proposed matter.

**Please do not disclose any details of this matter or discuss these issues with your client without first consulting the submitting partner for confidentiality reasons.**

**Per Firm policy, if no objection is raised within 48 hours, your clearance will be assumed and the engagement will proceed accordingly.**

Best regards,

**Roxanne DeVilliers**
Legal Secretary
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0000
Fax: +971 4 447 9777
roxanne.devilliers@bakermckenzie.com

<image001.jpg>

bakermckenzie.com | Facebook | LinkedIn | Twitter

**<image002.jpg>**      **Are you a PA that wants to connect and share experiences with other PAs worldwide? See our community Baker McKenzie The Honest PA on LinkedIn**

# Exhibit 4

# Entry Form

Copy from Template

- Recent
- Save as Template
- Duplicate field

- Duplicate All
- Find
- Narrative Codes

Font Size

Spelling

- Previous Entry
- Next Entry
- Print

| Field | Value | |
|---|---|---|
| Work Date: | 6/15/2021 | Tuesday, June 15, 2021 |
| Timekeeper: | 54181 | Matthews-Taylor, Joanna  [Dubai] |
| Client: | 10000003 | Non-Billable Time ? Not Client Related |
| Matter: | 98444444-000003 | 098X - Business Development / Promotion 00999 |

BP: Cheng, Milton (06433); MMA: Stafford Powell, Alison (01501); Enter Narrative in English

| Field | Value | |
|---|---|---|
| Matter Phase: | 98444444-000003-0000 | Business Development / Promotion |
| Work Location: | 027D | Dubai |
| Area of Law: | 00999 | Non-Billable |
| Task Code: | BDP02 | NEW-client RFPs, pitches, meetings (not existing clients) |
| Task Activity Code: | AEBD005 | Middle East BD activities/initiatives |
| Hours: | 0.5 | Total for day : 9.1 |

**Narrative** | Comment

Call with Kroll, M Boustany, A Sadiq Khan and H Naja to discuss insolvency matter.

OK | Cancel | New

# Exhibit 5

<u>Call with Kroll</u>

Attending : Haroon                                    15/06/21
Client : Kroll
Attended By : Agro Khan Sadiq, Joanna, Hani and Mozen    16/2021
Time : 10am

- MD at Kroll. - Haroon
- Michael is senior VP.
- Halian Holdings in DMCC -, import/export
  agricultural commodities. - Historically turnover was 2 billion USD
- Halan - role s/h passed away last year.
- Inheritance issues - in Shariah cts - business is in
  financial demise.
- 2 wives - I was director of business after his death.
- Trading is poor.
- Primary lender - is in Russia - owed 60 mill USD.
- Voluntary winding up requested by directors - looking
  at it from liquidation.
- Need to get sign off from crt to get liquidators
  appointed.
- Going forward need advice on employment claims
  + other claims.
- Discussions with bank in relation to secured claims
- H Joanna - Strong litigation team to support
  you.
- Hani and Mazen can assist.
- Mazen - Voluntary winding up shall not happen as it
  requires non-objection by secured creditors.
- Haroon - creditors will need to vote, will liaise
  directly with bank as single biggest creditor.

Debt 30 mill USD.
- Debb - majority creditor - 2/3rds of the debt.
- unsecured 5 mill USD -
- A few mill on the employment claims.
- Mazen - midway lans - if you can prove criminal action
against any director.
- Need to look at where funds are.
- Maroon - Northstreams
  ① creditor position + validity of pledges given.
  ② statutory matters - bvcc filings etc.
  ③ Specific recoveries action. - cross, jurisdictional issues —
     insolvency, directors duties
  ④ A number of emp claims (pending) where
     they would rank.
  ⑤ Ad hoc matter in insolvency.

Employer - 2 claims - 2-3 million USD
     Information request has gone out 48 hours ago.
   - None of the employer are working at the
     moment.
   - CFO - engaged on consultancy basis.

- Registered audit firm for DMCC - which KroM is not.
- Fees paid by proceeds of liquidation.
Enrater  1.2 million cash, half a mill receivables
NBP +    expected in next few days to settle
forecy   fees.
acyc   - Indication on scope + time costs.

) non-related bank.

5/06/2021

- ALP Law - dealing with inheritance issues - in crt proceedings.
- Focus is on money market.
- Hani - we have worked with Kroll previously.
  . Initial scope - main one is money - Mazen.
- Seizing positions + distribution issues.
- Next step
  High level chege out rates in Email.
- Haron will send us high level bulletin of scope + we can give costs figure
- Co in liquidation is the client - Hahan.

| | |
|---|---|
| **From:** | Khan-Sadiq, Aqsa |
| **Sent:** | Thursday, December 16, 2021 1:56 AM |
| **To:** | Ismail, Maye |
| **Subject:** | FW: Introduction |

---

**Aqsa Khan-Sadiq**
Senior Associate, Employment
Habib Al Mulla & Partners, a member firm of Baker & McKenzie International
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: ++971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55200 9003
aqsa.khan-sadiq@bakermckenzie.com



**Habib Al Mulla & Partners.**
A member firm of
Baker & McKenzie International

bakermckenzie.com | Facebook | LinkedIn | Twitter

**BAND 1: EMPLOYMENT (GLOBAL-WIDE)**
CHAMBERS GLOBAL, 2008 - 2021

**From:** Khan-Sadiq, Aqsa
**Sent:** Wednesday, June 16, 2021 9:15 AM
**To:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** RE: Introduction

Hi Mazen,

Thank you. Joanna, I will go ahead and send the email you have drafted to Haroon and Michael.

Kind regards,

**Aqsa Khan-Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0094
Fax: +971 4 447 9777
Cell: +971 55 2009003
aqsa.khan-sadiq@bakermckenzie.com

**Baker McKenzie Habib Al Mulla.**

bakermckenzie.com | Facebook | LinkedIn | Twitter

**From:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>
**Sent:** Wednesday, June 16, 2021 9:11 AM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Subject:** RE: Introduction

Hi Joanna,

this is fine with me as well.

Best regards.

Mazen

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** Tuesday, June 15, 2021 9:06 PM
**To:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Subject:** RE: Introduction

Hi both

Are you happy with the below ?

Aqsa - would you like to send to Kroll (subject to Mazen's comments)

Best

Joanna

***

Dear Haroon, Michael

It was great speaking with you both yesterday. We are confident that we are well placed to partner with you.

I have set out our charge out rates below on which we would be pleased to offer you an 8% discount. On the basis of the information currently available we are not able to provide a realistic estimate, however, we would be happy to provide estimates on a matter by matter basis as we progress through the project.

Kind regards

| Role | Hourly Rate Range (USD) | Hourly Rate Range (AED) |
|------|-------------------------|-------------------------|
| Partner* | 750 - 890 | 2,750 - 3,265 |
| Counsel | 660 - 735 | 2,420 - 2,695 |
| Associate | 425 - 660 | 1,560 – 2,420 |
| Trainee / Paralegal | 310 - 355 | 1,140 - 1,300 |
| Translator / PRO | 50 - 100 | 185 - 367 |

**Excludes regulatory, tax practice and Dr. Habib Al Mulla*

---

**From:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>
**Sent:** Tuesday, June 15, 2021 12:48 PM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** RE: Introduction

8% should be fine.

Mazen

---

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** Tuesday, June 15, 2021 12:47 PM
**To:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** RE: Introduction

I agree !

Maybe 8% -10%?

---

**From:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>
**Sent:** Tuesday, June 15, 2021 12:44 PM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** RE: Introduction

Hi Joanna,

agreed.

Let us suggest working on hourly rates with a small discount. What do you think?

Best.

Mazen

# Exhibit 6

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** Tuesday, June 15, 2021 12:40 PM
**To:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Cc:** Naja, Hani <Hani.Naja@bakermckenzie.com>
**Subject:** FW: Introduction

Hi Mazen, Aqsa

In terms of the proposal, it does not seem that they are looking for anything too detailed.

I think we just need to work on defining these bullet points. It will be difficult to give any realistic fee estimates based on the information provided below and during the call.

Many thanks

J

---

**From:** Matthews-Taylor, Joanna
**Sent:** Tuesday, June 15, 2021 12:30 PM
**To:** 'Byrne, Michael' <Michael.Byrne@Kroll.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Cc:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Subject:** RE: Introduction

Thanks Michael

It was a pleasure meeting you and Haroon too. We will review the scope and be in touch with our comments and fee estimate shortly.

Kind regards

Joanna

---

**From:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Sent:** Tuesday, June 15, 2021 11:24 AM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>
**Cc:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

All,

Thanks for your time this morning, it was a pleasure meeting you all. As discussed, we have set out below a high-level scope of work in regards to the potential liquidation.

-    Review of security documents to ascertain validity of pledges, liabilities etc.;
-    Assistance with statutory matters and filings;
-    Assistance with recoveries action where applicable;
-    Ad-hoc insolvency matters; and,
-    Advice with regards to claims (including specific employee claims).

As discussed, we are liaising with the Bank to confirm our appointment and will keep you abreast of these discussions.  Please let me know if you have any queries in relation to the above.

We look forward to hearing from you.

Best regards

---

**Michael Byrne**
Senior Vice President, Global Restructuring

M   +971 526562450

Kroll, Liberty House, DIFC
Dubai

michael.byrne@kroll.com
www.kroll.com

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** Monday, June 14, 2021 5:32 PM
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Perfect. I will circulate the invite now.

We look forward to speaking with you.

Kind regards

Joanna

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 5:31 PM
**To:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Thanks, Joanna.

Yes 10am tomorrow works for us.

Look forward to speaking then.

Kind regards

Haroon

**Haroon Ahmed**
Associate Managing Director, Global Restructuring

T   +971 4449 6709
M  +971525063746

Kroll
Liberty House, DIFC
Dubai

haroon.ahmed@kroll.com
www.kroll.com

**From:** Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Sent:** 14 June 2021 17:28
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>; Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Haroon

I am jumping in for Aqsa who is in a meeting at the moment.

Our insolvency partner is not available today at 6 pm. Please can we schedule the call for 10 am tomorrow instead? If this time is still convenient I will circulate an invite.

Kind regards

Joanna

**Joanna Matthews-Taylor**
Partner | Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0044
Fax: +971 4 447 9777
Cell: +971 55 200 9053

joanna.matthews-taylor@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 4:58 PM
**To:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Aqsa, is this call confirmed or shall we do it tomorrow morning

---

**From:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Sent:** 14 June 2021 12:38
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Haroon,

It was lovely speaking to you a little while ago. Thank you for the summary. We are currently liaising with our corporate team regarding their availability for a call at 6pm today and shall revert to you soon.

Kind regards,

**Aqsa Khan Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Direct: +971 4 4230094
Fax: +971 4 447 9777
aqsa.sadiq@bakermckenzie.com

bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 12:07 PM
**To:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Thanks for your time just now, Aqsa.

As explained, we are being lined up for a liquidation appointment of the entity so need specific insolvency advice for a DMCC registered entity. As part of this process we will also need to support in regards to claims (secured, employment and trade creditors).

We can make a call today at 6pm if you and the team are available.

Kind regards
Haroon

---

**From:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>
**Sent:** 14 June 2021 11:47
**To:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>; Sethi, Shiraz <Shiraz.Sethi@dentons.com>
**Cc:** Byrne, Michael <Michael.Byrne@Kroll.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Introduction

Dear Shiraz,

I hope you are well. Thank you for the introduction to Haroon.

Dear Haroon,

It is lovely to e-meet you. I am pleased to confirm that our conflict checks have been cleared. Please let us know your availability for a call this afternoon.  I would like to introduce you to our Employment Partner, Ms Joanna-Matthews-Taylor who will also be joining the call with me.

Thank you. I look forward to hearing from you.

Kind regards,

**Aqsa Khan Sadiq**
Senior Associate, Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Direct: +971 4 4230094
Fax: +971 4 447 9777
aqsa.sadiq@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

**From:** Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
**Sent:** Monday, June 14, 2021 10:35 AM
**To:** Sethi, Shiraz <Shiraz.Sethi@dentons.com>
**Cc:** Sadiq, Aqsa <Aqsa.Sadiq@bakermckenzie.com>; Byrne, Michael <Michael.Byrne@Kroll.com>
**Subject:** [EXTERNAL] RE: Introduction

Thank you, Shiraz.

Nice to e-meet Aqsa. Any queries please feel free to reach out,  my contact details are below.

Kind regards

Haroon

**Haroon Ahmed**
Associate Managing Director, Global Restructuring

T    +971 4449 6709
M    +971525063746

Kroll
Liberty House, DIFC
Dubai

haroon.ahmed@kroll.com
www.kroll.com

-----Original Message-----
From: Sethi, Shiraz <Shiraz.Sethi@dentons.com>
Sent: 14 June 2021 10:31
To: Ahmed, Haroon <Haroon.Ahmed@Kroll.com>
Cc: aqsa.sadiq@bakermckenzie.com
Subject: [EXTERNAL] Introduction

Dear Haroon

As discussed, I am copying in Aqsa Sadiq from Bakers who is currently running the conflict check for Hakan Agro DMCC.

Aqsa will revert back to you shortly on the outcome as they are waiting for the UK to come online.

Thanks

Best regards

Shiraz

Sent from my iPhone

[https://urldefense.com/v3/__http://logo.dentons.com/dentons_logo.png__;!!LrwELaEne27E!poUvhdwJlaeBLKTkbzroFabZidN-wIRLPlsQGQP-8WwTOUFvYkOKBNUafzreyU5IJQ$ ]

Shiraz Sethi
Senior Legal Consultant

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +971 4 402 0927   |   M +971 56 775 4260
Shiraz.Sethi@dentons.com<mailto:Shiraz.Sethi@dentons.com>
Website<https://urldefense.com/v3/__http://www.dentons.com__;!!LrwELaEne27E!poUvhdwJlaeBLKTkbzroFabZidN-wIRLPlsQGQP-8WwTOUFvYkOKBNUafzppQMzNig$ >

Dentons & Co.
Level 18, Boulevard Plaza 2
Burj Khalifa District
PO Box 1756, Dubai

[https://urldefense.com/v3/__http://logo.dentons.com/dentons_uae.png__;!!LrwELaEne27E!poUvhdwJlaeBLKTkbzroFabZidN-wIRLPlsQGQP-8WwTOUFvYkOKBNUafzpBNx_TUQ$ ]

Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

This email may be confidential and protected by legal privilege.  If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems.  Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures.  Please see dentons.com for Legal Notices.

Dentons places a high value on the security of our clients' money. Due to a significant increase in cybercrime and fraud you are strongly encouraged to verify the authenticity of our bank account details by speaking to your usual contact at the firm whenever you receive them by email. If you receive an email purporting to be from someone at Dentons which seeks to direct a payment to bank details which differ from those we have previously given, it is unlikely to be genuine. Please do not reply to the email nor act on any information contained in it but contact us immediately. We do not accept liability for the loss of any money sent to a bank account which is not an authentic Dentons bank account.

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.  Dentons & Co is a partnership comprising Dentons Middle East Partners LLP and Dentons Middle East Limited.  It is registered with the DFSA and authorised and regulated by the Solicitors Regulation Authority, SRA Number 310498.  Any reference to a "partner" means a person who is a partner, member, consultant or employee with equivalent standing and qualifications in one of Dentons' affiliates.

2010-EX#G

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

# Exhibit 7



**From:** Matthews-Taylor, Joanna
**Sent:** Tuesday, June 22, 2021 12:11 PM
**To:** DeVilliers, Roxanne <Roxanne.DeVilliers@bakermckenzie.com>
**Cc:** Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>
**Subject:** Hakan Agro

Hi Rox

Please can you run a conflict search against Hakan Agro again? We were just on another call and they received a letter on behalf of a bank from Baker McKenzie so it looks like there is a conflict?

Please could you double check

Thank you!

J

**Joanna Matthews-Taylor**
Partner | Employment
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0044
Fax: +971 4 447 9777
Cell: +971 55 200 9053
joanna.matthews-taylor@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

1

# Exhibit 8

# Conflict of Interest Report

This conflict report contains confidential and privileged information and must be handled in accordance with Firm policy.

## Profile

**Search ID:** 1834377

**Search Name:** Request #4663659                    **Created For:**

**Search Type:** General Query                        **Owner:** Matthews-Taylor, Joanna (54181) ()

**Status:** Search                                    **Delegate:** De Villiers, Roxanne (50672) (+971 4 423 0000 ext 175)

**Created:** 6/22/2021 6:35:18 AM                     **Last Modified:** 6/22/2021 6:46:53 AM

**Office:**                                           **Last Modified By:** Bekier, Martin (65614) ()

                                                      **Last Searched:** 6/22/2021 6:46:57 AM

                                                      **Last Searched By:** Bekier, Martin (65614) ()

## Search Strategy

| Term | Sub Term |
|------|----------|
| Hakan Agro Dmcc | Hakan Agro |
| | Hakan Agro Dmcc |
| | Hakan Agro* |



## Client Entries

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | **HAKAN AGRO DMCC** | | **Client ID** | 10100699 | **Client Status** | Current |
| **Alert(s)** | | | | | |
| **Related Party** | HAKAN AGRO DMCC | **Affiliation** | Other | **Relationship** | Payer |
| **Originating Lawyer** | Tran, ManhHung (02314) | **Open Date** | 26 Mar 2017 | **Closed Date** | | **WIP Hours** | 0.50 |
| | | **Open Matters (#)** | 3 | **Closed Matters (#)** | 0 | **AR Balance** | $0.00 |
| **Responsible Partner(s)** | RP1: Tran, Manh Hung | | **Search Term (Hit Term)** | Hakan Agro Dmcc () | **Total Fees Past 5 Years** | 2021 $ 4,000.00 2018 $ 2,272.83 |

|  | | |
|---|---|---|
| | $ | 6,272.83 |



**Matter Entries**

*No data available*



# Exhibit 9

| | |
|---|---|
| **From:** | Matthews-Taylor, Joanna |
| **Sent:** | Sunday, September 12, 2021 3:41 AM |
| **To:** | Boustany, Mazen; Ismail, Maye; Naja, Hani; Khan-Sadiq, Aqsa |
| **Cc:** | Al Mulla, Dr Habib; El Khatib, Mohamed |
| **Subject:** | RE: Urgent and Confidential - Hakan Agro DMCC |
| **Attachments:** | FW: Final Report | Conflicts Management Request #4663659 | Client Name: HAKAN AGRO DMCC (NO CONFLICT) |

Hi Maye

I attach a copy of the initial conflict search

Kind regards

Joanna

---

**From:** Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>
**Sent:** Sunday, September 12, 2021 11:05 AM
**To:** Ismail, Maye <Maye.Ismail@bakermckenzie.com>; Naja, Hani <Hani.Naja@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>
**Cc:** Al Mulla, Dr Habib <Habib.Almulla@bakermckenzie.com>; El Khatib, Mohamed <Mohamed.ElKhatib@bakermckenzie.com>
**Subject:** RE: Urgent and Confidential - Hakan Agro DMCC

Hi Maye,

I recall that we had some initial discussions with Kroll (one zoom call)  and never with the company itself and we were always at the stage of introduction. We were not provided with documents and I refute that we shared these or any confidential information with others.

I believe we informed Kroll that we were conflicted as soon as we found out, although it appears that the first conflict check conducted was clear..

Therefore, the Reedsmith notice is more of a threat to disrupt the enforcement against Hakan than anything more. .

Joanna or Aqsa may have further recollection.


Mazen

---

**From:** Ismail, Maye <Maye.Ismail@bakermckenzie.com>
**Sent:** Sunday, September 12, 2021 10:26 AM
**To:** Naja, Hani <Hani.Naja@bakermckenzie.com>; Khan-Sadiq, Aqsa <Aqsa.Khan-Sadiq@bakermckenzie.com>; Matthews-Taylor, Joanna <Joanna.Matthews-Taylor@bakermckenzie.com>; Boustany, Mazen <Mazen.Boustany@bakermckenzie.com>
**Cc:** Al Mulla, Dr Habib <Habib.Almulla@bakermckenzie.com>; El Khatib, Mohamed <Mohamed.ElKhatib@bakermckenzie.com>
**Subject:** Urgent and Confidential - Hakan Agro DMCC
**Importance:** High

Good morning all,

Hope you had a good weekend.

May I please urgently seek your assistance as regards the attached notice.

As you will see, ReedSmith is claiming a conflict of interest breach on our side. They are alleging that on 14 June 2021, we confirmed that we are not conflicted to act against Vuz Bank (an existing Client). Following which a meeting took place with our firm where critical and confidential information concerning HK Agro's solvency was shared with us. They are accusing our firm of using this shared information in favour of our Client Vuz Bank and they are requesting us to immediately cease to represent the bank.

**Background:**

1. VUZ Bank JSC is a **Client** of the frim referred by Russia Office.

2. Hakan Holdings Limited, operating under license no. OF702 issued by the Jebel Ali Free Zone ("**HK Holdings**") owes to our Client a significant amount exceeding USD 24 million. We obtained judgements against HK Holdings to pay to our Client this debt and enforcement procedures are initiated.

3. Hakan Agro DMCC, holder of DMCC license no. 30158 ("**HK Agro**") is a DMCC entity and it is fully owned by HK Holdings.

4. A freezing injunction has been issued against HK Holdings' assets, including its shares in HK Agro (100%).

5. It came to our Knowledge that HK Holdings instructed **Crowe and Kroll** to proceed with an insolvency voluntary liquidation of HK Agro in an attempt to put its assets beyond reach to hinder the enforcement procedures initiated by our Client and illegally prevent the recovery of the awarded amounts.

6. We sent a legal notice to the liquidators objecting to the liquidation process. ReedSmith sent us the attached response.

Best regards,
Maye

**Maye Ismail**
Associate, Dispute Resolution
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0000
Fax: +971 4 447 9777
Cell: +971 55 200 9043
maye.ismail@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

**From:** Monahan, Rhys <RMonahan@reedsmith.com>
**Sent:** Sunday, September 12, 2021 10:00 AM
**To:** Ismail, Maye <Maye.Ismail@bakermckenzie.com>; Ahmed, Safaa <Safaa.Ahmed@bakermckenzie.com>; Al Mulla, Dr Habib <Habib.Almulla@bakermckenzie.com>
**Cc:** Marshall, Adam <Adam.Marshall@Kroll.com>; Byrne, Michael <Michael.Byrne@Kroll.com>; El Dibs, Rand <Rand.ElDibs@kroll.com>; saad.maniar@crowe.ae; hakan.liquidator@crowe.ae; Reidy, Zara <Zara.Reidy@Kroll.com>; Ahmad, Amir <AAhmad@reedsmith.com>; Khokhar, Waseem <WKhokhar@reedsmith.com>; Borye, Marie <MBorye@reedsmith.com>; Monahan, Rhys

<RMonahan@reedsmith.com>
**Subject:** [EXTERNAL] Urgent and Confidential - Hakan Agro DMCC

Dear Sirs,

Please see attached for your urgent attention.

Please note Dr Al Mulla, Kroll and Crowe are copied.

Kind regards
**Rhys Monahan**
**Senior Associate**
rmonahan@reedsmith.com
M : +971 (0) 54 305 5183
Reed Smith
Dubai International Financial Centre
PO Box 506548, DIFC
Dubai
UAE
T: +971 (0) 4 709 6300
F: +971 (0) 4 323 0060
reedsmith.com
*Ranked in the elite GAR 30 2021, Global Arbitration Review's list of the world's top 30 international arbitration law firms*
Registered with the DFSA

---

**From:** Ismail, Maye <Maye.Ismail@bakermckenzie.com>
**Sent:** 09 September 2021 16:22
**To:** Reidy, Zara <Zara.Reidy@Kroll.com>; Khokhar, Waseem <WKhokhar@reedsmith.com>; Ahmad, Amir <AAhmad@reedsmith.com>; Monahan, Rhys <RMonahan@reedsmith.com>; hakan.liquidator@crowe.ae; saad.maniar@crowe.ae
**Cc:** Marshall, Adam <Adam.Marshall@Kroll.com>; Byrne, Michael <Michael.Byrne@Kroll.com>; El Dibs, Rand <Rand.ElDibs@kroll.com>; Ahmed, Safaa <Safaa.Ahmed@bakermckenzie.com>
**Subject:** RE: Final Legal Notice

EXTERNAL E-MAIL - From Maye.Ismail@bakermckenzie.com

Dear Sirs,

Please find attached the final legal notice in respect of this matter for your immediate action.

Best regards,
Maye

**Maye Ismail**
Associate, Dispute Resolution
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0000
Fax: +971 4 447 9777
Cell: +971 55 200 9043
maye.ismail@bakermckenzie.com



[bakermckenzie.com](bakermckenzie.com) | [Facebook](Facebook) | [LinkedIn](LinkedIn) | [Twitter](Twitter)

**From:** Reidy, Zara <[Zara.Reidy@Kroll.com](Zara.Reidy@Kroll.com)>
**Sent:** Tuesday, September 7, 2021 12:42 PM
**To:** Ismail, Maye <[Maye.Ismail@bakermckenzie.com](Maye.Ismail@bakermckenzie.com)>; Ahmed, Safaa <[Safaa.Ahmed@bakermckenzie.com](Safaa.Ahmed@bakermckenzie.com)>
**Cc:** [hakan.liquidator@crowe.ae](hakan.liquidator@crowe.ae); Marshall, Adam <[Adam.Marshall@Kroll.com](Adam.Marshall@Kroll.com)>; Byrne, Michael <[Michael.Byrne@Kroll.com](Michael.Byrne@Kroll.com)>; El Dibs, Rand <[Rand.ElDibs@kroll.com](Rand.ElDibs@kroll.com)>
**Subject:** [EXTERNAL] RE: Legal Notice

Dear Maye,

**Hakan Agro DMCC (Proposed Insolvent Voluntary Liquidation) ("the Company")**

Thank you for your email and the information you have provided below.

Please see the Notice of the Creditors meeting, along with the Proof of Debt and Proxy forms attached.

In order for us to be able to review and assess your claim for voting purposes, and to ensure that you are eligible to attend and vote at the upcoming creditor meeting, we need you to provide us with the following documentation:

    (i)       Proof of Debt form together with supporting documentation
    (ii)     Proxy form

Could I please ask that you return the completed forms to us via email no later than 4pm UAE time, on 8 September 2021.

Kind regards,

For and on behalf Hakan Agro DMCC (without personal liability)

Zara

**From:** Ismail, Maye <[Maye.Ismail@bakermckenzie.com](Maye.Ismail@bakermckenzie.com)>
**Sent:** Tuesday, September 7, 2021 11:50:39 AM
**To:** Hakan Liquidator <[hakan.liquidator@crowe.ae](hakan.liquidator@crowe.ae)>; Saad Maniar <[saad.maniar@crowe.ae](saad.maniar@crowe.ae)>
**Cc:** Ahmed, Safaa <[Safaa.Ahmed@bakermckenzie.com](Safaa.Ahmed@bakermckenzie.com)>
**Subject:** Legal Notice

Dear Sir,

For and on behalf of our Client "JSC VUZ-Bank", please find the attached legal notice for your immediate action.

Best regards,
Maye

**Maye Ismail**
Associate, Dispute Resolution
Baker & McKenzie Habib Al Mulla
Level 14, O14 Tower
Al Abraj Street, Business Bay
PO Box 2268, Dubai
United Arab Emirates
Tel: +971 4 423 0000
Fax: +971 4 447 9777
Cell: +971 55 200 9043
maye.ismail@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

Reed Smith LLP in Dubai is registered with the Dubai Financial Services Authority.

Reed Smith LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, England. Reed Smith LLP is authorised and regulated by the Solicitors Regulation Authority.

A list of members of Reed Smith LLP, and their professional qualifications, is available at the registered office. The term partner is used to refer to a member of Reed Smith LLP, or a partner of an associated entity, or an employee of equivalent standing. Reed Smith LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on +971 4 709 6300 if you need assistance.

Disclaimer Version RS.*DUB*.20.10.00